UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00456-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  MICHAEL ABEYTA,
2.  JAVIER FUENTES-SOTELO,
    a/k/a Pollo, and
3.  LUIS TRUJILLO,

       Defendants.

---

# ORDER

---

THIS MATTER comes before the Court on Plaintiff's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e) (3)(C)(i).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that Plaintiff's motion is granted, and that grand jury testimony and grand jury exhibits may be disclosed to Defendants and their attorneys in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their attorneys; that the defendants' attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated this 23rd day of April, 2007

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge