UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00456-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MICHAEL ABEYTA,
2. JAVIER FUENTES-SOTELO,
   a/k/a Pollo, and
3. LUIS TRUJILLO,

        Defendants.

_____

### ORDER RESETTING HEARING
_____

**THIS MATTER** comes before the Court *sua sponte*.

Due to a scheduling conflict that has arisen, the Court is required to reschedule the motions hearing in this case, currently set for 4:00 p.m. on Monday, June 11, 2007. The hearing is **RESET** to **4:00 p.m.** on **Tuesday, June 12, 2007**.

Dated this 7th day of June, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge