IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover              Date: June 12, 2007
Court Reporter:    Paul Zuckerman
Interpreter:       Melinda Gonzalez-Hibner

Criminal Action No. 06-cr-000456-MSK

*Parties*:                                       *Counsel Appearing*:

UNITED STATES OF AMERICA,                        Robert Brown

    Plaintiff,

v.

MICHAEL ABEYTA,                                  Brian Holland
JAVIER FUENTES-SOTELO, and                       Matthew Golla
LUIS TRUJILLO,                                   Kerry Hada

    Defendants.

## COURTROOM MINUTES

HEARING:   Motions (#33, #34, #90, #104)

**4:02 p.m.    Court in session**.

Defendants Abeyta and Trujillo's appearances have been waived by the Court. Defendant Fuentes-Sotolo is present in custody.

Interpreter sworn.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**   Defendant Abeyta's Motion for Disclosure of 404(b) Evidence **(Doc. #33)** is **DENIED** as moot.

**ORDER:**   Defendant Abeyta's Motion to Compel the Government to Provide Co-Conspirator Proffer Pursuant to 801(d)(2)(E) **(Doc. #34)** is **GRANTED.** The Government's proffer will be made within 2 weeks from today's date. The defendants objections will be made 2 weeks thereafter. Within 48 hours after defendants' response, the document will be filed with the Court.

    Defendant Abeyta's Motion to Declare Case Complex **(Doc. #90)** is **GRANTED,** not on the issue of complexity, but that there is reasonable basis to find that the interests of justice are served ((ii)) by continuing the trial on the grounds specified under 18 U.S.C. Section 3161(h)(8)(A) and (h)(8)(B)(iv).

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**    Defendant Fuentes-Sotelo's Motion to Exclude Ninety Days from Speedy Trial Act **(Doc. #104)** is **GRANTED.**

**ORDER:**    Severance motions will be filed within 30 days from today's date. Responses will be filed 10 days thereafter.

**ORDER:**    Trial set **June 25, 2007** is **VACATED.** Trial is reset for 7 days to a jury on **November 13, 2007 at 8:30 a.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

**ORDER:**    A Pretrial Conference is set for **September 10, 2007 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado**.**

**ORDER:**    Final Trial Preparation Conference is set for **November 5, 2007 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

**ORDER:**    Defendant is remanded to the care and custody of the United States Marshal Service.

**4:38 p.m.**    **Court in recess.**

**Total Time:   36 minutes**
**Hearing concluded.**