IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-0456-MSK-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1. MICHAEL ABEYTA,**
2. JAVIER FUENTES-SOTELO,
a/k/a Pollo, and
3. LUIS TRUJILLO,
        Defendants.

_____

**ORDER GRANTING MOTION TO WAIVE APPEARANCE**
_____

        THIS MATTER is before the Court on the Motion to Waive Appearance at the September 10, 2007 hearing by Defendant Michael Abeyta **(#206)**. Based upon the waiver of Defendant,

        **IT IS ORDERED** that the Motion is **GRANTED**. The appearance of Defendant Michael Abeyta is waived for the September 10, 2007 Pretrial Conference.

        Dated this 6th day of September, 2007.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge