IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 06-cr-00456-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MICHAEL ABEYTA,
2. JAVIER FUENTES-SOTELO,
a/k/a Pollo, and
3. LUIS TRUJILLO,

      Defendants.
_____

## ORDER TERMINATING SUPERVISION OF MATERIAL WITNESSES
_____

UPON THE COURT'S CONSIDERATION of the Motion of the United States of America to terminate supervision of all material witnesses so designated in this matter and release them from further obligation to the Court **(#232),**

**IT IS HEREBY ORDERED** that all persons previously designated as material witnesses in this matter are released from supervision of and further obligation to the Court, including the following individuals:

    1. Juan Jose Quezada-Ramos

    2. Francisco Merjic-Oranga

    3. Mario Villa-Senor

    4. Armando Puentes-Hernandez

    5. Israel Pulido-Amaya

6. Manuel Garcia-Velasquez

7. Lorenzo Ornelas-Munoz

8. Robicel Perez-Gomez

9. Hilda Bustillos-Terrazas

10. Eudolia Hernandez-Estrada

11. Guadalupe Carrasco-Munoz

12. Socorro Leon

13. Leticia Baca-Bustillos

14. Eulelia Miguel-Manuel

DATED this 5th day of October, 2007.

                                          **BY THE COURT:**

                                          *Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge